BENJAMIN B. CHILDS
Nevada Bar # 3946
318 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 385-3865
Fax 384-1119
ben@benchilds.com
Attorney for Defendant
KRISTOPHER MCGUIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA )  Case No. : 2:12-CR-349-LDG-CWH
)
    Plaintiff )
vs. )
)
KRISTOPHER MCGUIRE )
)
    Defendant )
_____

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

(FIRST REQUEST)

    COMES NOW the defendant, KRISTOPHER MCGUIRE, by counsel, and files this Motion to continue the sentencing in this matter until on or about March 25, 2013. Defense counsel has consulted with counsel for the government, who does not oppose this Motion. In support of this Motion, Mr. McGuire states as follows:

1. On October 11, 2012, Mr. McGuire entered a plea of guilty to a one count criminal information charging possession of cocaine with intent to distribute. At that time, sentencing was set for January 22, 2013

2. On January 9, 2013 undersigned counsel has consulted with the Assistant United States Attorney assigned to this matter, Timothy Vasquez, and the government does not oppose continuing the sentencing in this matter.

3. Mr. McGuire requires additional time to wrap up personal and business matters in North Dakota where he is currently working in the oil fields.

WHEREFORE, defendant respectfully requests that the sentencing currently scheduled for January 22, 2013 be continued until on or about March 25, 2013.

Respectfully submitted,

KRISTOPHER MCGUIRE

By Counsel,

/s/ Benjamin B. Childs
Nevada Bar # 3946
Attorney for KRISTOPHER MCGUIRE
Attorney for Defendant
KRISTOPHER MCGUIRE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2013, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

TIMOTHY S. VASQUEZ
Assistant U.S. Attorney

A copy of this pleading will also be served by hand delivery via my runner service, Legal Express, upon:

ERIC CHRISTIANSEN
United States Probation Officer
Foley Federal Bulding
300 S. Las Vegas Blvd. # 1200
Las Vegas, NV 89101

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

/s/ Benjamin B. Childs
Nevada Bar # 3946
Attorney for KRISTOPHER MCGUIRE
Attorney for Defendant
KRISTOPHER MCGUIRE

IT IS ORDERED that the Sentencing currently scheduled for January 22, 2013 be continued to March 25, 2013 at 10:00am.
Dated this 10 day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE